# MADSEN, PRESTLEY & PARENTEAU, LLC
*Representing Individuals in Employment and Benefits Law and Related Litigation*

Attorneys At Law
Hartford • New London

402 Asylum Street
Hartford, CT 06103
Tel. (860) 246-2466
Fax (860) 246-1794

***Todd D. Steigman, Esq.***
*tsteigman@mppjustice.com*

March 27, 2015

**VIA ECF**

Ms. Catherine O'Hagan Wolfe
Office of the Clerk
United States Appeals for Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, NY 10007

        **Re:**    **Smith, Lorinda v. Connecticut Packaging Materials, Inc.,
Docket #: 15-410**

Dear Ms. O'Hagan Wolfe:

I represent the plaintiff-appellant, Lorinda Smith, in this case. This letter is a request for the plaintiff-appellant to file our appeal brief on June 23, 2015 pursuant to Federal Rules of Appellate Procedure 31.2(a)(1)(A).

Very truly yours,

Todd D. Steigman

**CC via ECF:**

Victoria Woodin Chavey, Esq.
Sally Welch St. Onge, Esq.
Collin O'Connor Udell, Esq.